UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

    UNITED STATES OF AMERICA

                    Plaintiff(s)

                                        ORDER

                                        06-CR-6011T

    DANIEL CARTER

                    Defendant(s)
_____

        By letter dated July 17, 2006, counsel for defendant Daniel Carter requests an extension of time to file his response to Magistrate Judge Marian W. Payson's Report and Recommendations filed June 12, 2006.  Counsel for the government has no objection to defendant's request.  Accordingly, it is hereby,

        ORDERED, that defendant's objections shall be filed no later than July 24, 2006.

        IT IS SO ORDERED.

                                      S/ MICHAEL A. TELESCA
                                Michael A. Telesca
                                United States District Judge

Dated: July 18, 2006